UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOSEPH OTIS, TRACEY CUPP, AYUB ABDUL-HAQQQ, and TAMI PRENDERGRAFT individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 12-cv-62143-KMW ) |
| ARISE VIRTUAL SOLUTIONS, INC. | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Hillary Schwab as attorney for Plaintiffs in the above-captioned matter.  Plaintiffs will continue to be represented by Lichten & Liss-Riordan.

                                                 Respectfully submitted,

                                                 JOSEPH OTIS, TRACEY CUPP, AYUB ABDUL-HAQQQ, and TAMI PRENDERGRAFT individually and on behalf of all others similarly situated,

                                                 By their attorneys,

Dated:  September 3, 2013

                                                 /s/ Hillary Schwab
                                               Hillary Schwab, BBO # 666029
                                               FAIR WORK, P.C.
                                               192 South St. Suite 450
                                               Boston, MA  02111
                                               (617) 607-3261
                                               Hillary@fairworklaw.com

- 2 -

Shannon Liss-Riordan, Mass. BBO # 640716
*Admitted pro hac vice*
Elizabeth Tully, Mass. BBO # 685855
*Admitted pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge St. – Suite 2000
Boston, MA  02114
(617) 994-5800
sliss@llrlaw.com
etully@llrlaw.com


Mary Jill Hanson, Florida Bar # 727369
301 Ocean Bluffs Boulevard
Jupiter, FL 33477
(561) 373-6712
jillocean@bellsouth.net


### CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2013, a true copy of this document was served by electronic filing on all counsel of record.


    /s/ Hillary Schwab_____
Hillary Schwab